Certificate Number: 16339-PAE-DE-032870641

Bankruptcy Case Number: 19-11911



16339-PAE-DE-032870641

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 24, 2019</u>, at <u>6:20</u> o'clock <u>PM EDT</u>, <u>Timothy Hefner</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   May 24, 2019

By:   /s/Kelley Tipton

Name:   Kelley Tipton

Title:   Certified Financial Counselor