# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cindy Hefner<br>Timothy Hefner<br>                Debtor(s) | CHAPTER 7 |
| Metropolitan Life Insurance Company<br>                Movant<br>    vs. | NO. 19-11911 ELF |
| Cindy Hefner<br>Timothy Hefner<br>                Debtor(s) | 11 U.S.C. Section 362 |
| Michael H. Kaliner Esq.<br>                Trustee | |

## ORDER

AND NOW, this 26th day of June, 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay under 11 U.S.C. Sections 362, is **modified** with respect to the subject premises located at 82 Canterbury Court, Downingtown, PA 19335 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

                                        **ERIC L. FRANK**
                                        **U.S. BANKRUPTCY JUDGE**