United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Timothy Hefner  
Cindy Hefner  
      Debtors

Case No. 19-11911-elf  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: dlv     Page 1 of 1     Date Rcvd: Jun 27, 2019  
                       Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2019.  
db/jdb         +Timothy Hefner,    Cindy Hefner,    82 Canterbury Ct,    Downingtown, PA 19335-1107

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr           +E-mail/PDF: gecsedi@recoverycorp.com Jun 28 2019 03:26:19       Synchrony Bank,  
          c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021  
                                                                                                  TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2019 at the address(es) listed below:  
        KEVIN G. MCDONALD    on behalf of Creditor    Metropolitan Life Insurance Company  
         bkgroup@kmllawgroup.com  
        MICHAEL H KALINER    mhkaliner@gmail.com,    pa35@ecfcbis.com  
        MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com,    pa35@ecfcbis.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    Metropolitan Life Insurance Company  
         bkgroup@kmllawgroup.com  
        RICHARD N. LIPOW    on behalf of Joint Debtor Cindy    Hefner richard@lipowlaw.com,  
         ecflipow@gmail.com;r44824@notify.bestcase.com  
        RICHARD N. LIPOW    on behalf of Debtor Timothy    Hefner richard@lipowlaw.com,  
         ecflipow@gmail.com;r44824@notify.bestcase.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                            TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Cindy Hefner<br>　　　　Timothy Hefner<br>　　　　　　　　Debtor(s) | CHAPTER 7 |
| Metropolitan Life Insurance Company<br>　　　　　　　　Movant<br>　vs.<br>Cindy Hefner<br>Timothy Hefner<br>　　　　　　　　Debtor(s) | NO. 19-11911 ELF<br><br>11 U.S.C. Section 362 |
| Michael H. Kaliner Esq.<br>　　　　　　　　Trustee | |

## ORDER

AND NOW, this 26th day of June, 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay under 11 U.S.C. Sections 362, is **modified** with respect to the subject premises located at 82 Canterbury Court, Downingtown, PA 19335 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**