United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-11911-elf
Timothy Hefner                                                        Chapter 7
Cindy Hefner
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin              Page 1 of 2              Date Rcvd: Jul 12, 2019
                              Form ID: 318             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2019.
db/jdb         +Timothy Hefner,   Cindy Hefner,   82 Canterbury Ct,   Downingtown, PA 19335-1107
14300325        B&B COLLECTIONS INC,   PO BOX 2137,   Toms River, NJ 08754-2137
14296148       +Benchmark Federal Cred,   1522 Mcdaniel Dr,   West Chester, PA 19380-7034
14300331       +COMPLETE COLLECTION SERV,   4833 N DIXIE HWY,   Fort Lauderdale, FL 33334-3928
14300333       +EMERGENCY CARE SPECIALISTS,   PO BOX 667,   Toms River, NJ 08754-0667
14300334        EOS CCA,   PO BOX 981008,   Boston, MA 02298-1008
14296152       +Fay Servicing Llc,   440 S La Salle St Ste 20,   Chicago, IL 60605-5011
14296151       +Fay Servicing Llc,   Attn: Bankruptcy,   440 S Lasalle St Suite 2000,   Chicago, IL 60605-5011
14300339        PENN CREDIT,   916 S 14TH ST,   PO BOX 69703,   Harrisburg, PA 17106-9703
14300340        PENN MEDICINE,   PO BOX 824406,   Philadelphia, PA 19182-4406
14300343        Premier Orthopaedics,   PO BOX 1870,   Cary, NC 27512-1870
14300344       +RADIUS,   PO BOX 39086,   Minneapolis, MN 55439-0086
14296157       +The Bureaus Inc,   Attn: Bankruptcy,   650 Dundee Rd, Ste 370,   Northbrook, IL 60062-2757
14296158       +The Bureaus Inc,   1717 Central St,   Evanston, IL 60201-1507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jul 13 2019 03:12:47      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 13 2019 03:11:54
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 13 2019 03:12:33      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14300327        E-mail/Text: kellyp@ccpdocs.com Jul 13 2019 03:13:14      CARDIOLOGY CONSULTANTS PH,
                 207 N BROAD ST 3RD FLOOR,   Philadelphia, PA 19107-1500
14296149       +E-mail/Text: bankruptcy@cavps.com Jul 13 2019 03:12:29      Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,   500 Summit Lake Ste 400,   Valhalla, NY 10595-2322
14296150       +E-mail/Text: bankruptcy@cavps.com Jul 13 2019 03:12:29      Cavalry Portfolio Services,
                 500 Summit Lake Drive,   Valhalla, NY 10595-2322
14300332        EDI: DCI.COM Jul 13 2019 07:03:00      DIVERSIFIED CONSULTANTS INC,   PO BOX 551268,
                 Jacksonville, FL 32255-1268
14296153       +E-mail/Text: bncnotices@becket-lee.com Jul 13 2019 03:11:26      Kohls/Capital One,
                 Kohls Credit,   Po Box 3120,   Milwaukee, WI 53201-3120
14296154       +E-mail/Text: bncnotices@becket-lee.com Jul 13 2019 03:11:26      Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-5660
14296156        EDI: PRA.COM Jul 13 2019 07:03:00      Portfolio Recovery,   120 Corporate Blvd Ste 100,
                 Norfolk, VA 23502
14296155       +EDI: PRA.COM Jul 13 2019 07:03:00      Portfolio Recovery,   Po Box 41021,
                 Norfolk, VA 23541-1021
14297391       +EDI: RMSC.COM Jul 13 2019 07:03:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
14299926       +EDI: RMSC.COM Jul 13 2019 07:03:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
14296160       +EDI: VERIZONCOMB.COM Jul 13 2019 07:03:00      Verizon Wireless,   Po Box 650051,
                 Dallas, TX 75265-0051
14296159       +EDI: VERIZONCOMB.COM Jul 13 2019 07:03:00      Verizon Wireless,
                 Attn: Verizon Wireless Bankruptcy Admini,   500 Technology Dr, Ste 550,
                 Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14300330        CHESTER COUNTY HOSP,   PO BOX 824406,   PA 18182-4406
14300326*      +Benchmark Federal Cred,   1522 Mcdaniel Dr,   West Chester, PA 19380-7034
14300328*      +Cavalry Portfolio Services,   Attn: Bankruptcy Department,   500 Summit Lake Ste 400,
                 Valhalla, NY 10595-2322
14300329*      +Cavalry Portfolio Services,   500 Summit Lake Drive,   Valhalla, NY 10595-2322
14300335*      +Fay Servicing Llc,   Attn: Bankruptcy,   440 S Lasalle St Suite 2000,   Chicago, IL 60605-5011
14300336*      +Fay Servicing Llc,   440 S La Salle St Ste 20,   Chicago, IL 60605-5011
14300337*      +Kohls/Capital One,   Kohls Credit,   Po Box 3120,   Milwaukee, WI 53201-3120
14300338*      +Kohls/Capital One,   N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-5660
14300342*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery,   120 Corporate Blvd Ste 100,
                 Norfolk, VA 23502)
14300341*      +Portfolio Recovery,   Po Box 41021,   Norfolk, VA 23541-1021
14300346*      +The Bureaus Inc,   1717 Central St,   Evanston, IL 60201-1507
14300345*      +The Bureaus Inc,   Attn: Bankruptcy,   650 Dundee Rd, Ste 370,   Northbrook, IL 60062-2757
14300348*      +Verizon Wireless,   Po Box 650051,   Dallas, TX 75265-0051
14300347*      +Verizon Wireless,   Attn: Verizon Wireless Bankruptcy Admini,   500 Technology Dr, Ste 550,
                 Weldon Spring, MO 63304-2225
                                                                                   TOTALS: 1, * 13, ## 0

```
District/off: 0313-2            User: admin                  Page 2 of 2                  Date Rcvd: Jul 12, 2019
                                Form ID: 318                 Total Noticed: 29
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2019 at the address(es) listed below:
```
          KEVIN G. MCDONALD    on behalf of Creditor    Metropolitan Life Insurance Company
           bkgroup@kmllawgroup.com
          MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
          MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Metropolitan Life Insurance Company
           bkgroup@kmllawgroup.com
          RICHARD N. LIPOW    on behalf of Joint Debtor Cindy   Hefner richard@lipowlaw.com,
           ecflipow@gmail.com;r44824@notify.bestcase.com
          RICHARD N. LIPOW    on behalf of Debtor Timothy   Hefner richard@lipowlaw.com,
           ecflipow@gmail.com;r44824@notify.bestcase.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                            TOTAL: 7
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Timothy Hefner** | Social Security number or ITIN | **xxx–xx–6328** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Cindy Hefner** | Social Security number or ITIN | **xxx–xx–0500** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | | |
| Case number:  **19–11911–elf** | | | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Timothy Hefner                                    Cindy Hefner

7/11/19                                          **By the court:**  Eric L. Frank
                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                       **Order of Discharge**                              page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**